UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TANEAH BURNETT,

    Plaintiff,

v.                                              Case No. 6:20-cv-1679-Orl-37DCI

INVITATION HOME; DENISSE
SANTOS; JOHNATHAN JAMES; and
GREG WOODALL,

    Defendants.
_____

## ORDER

Plaintiff initiated this action on September 14, 2020 (Doc. 1) and moved to proceed *in forma pauperis* (Doc. 2 ("**IFP Motion**").) On referral, U.S. Magistrate Judge Daniel C. Irick denied the IFP Motion without prejudice and ordered Plaintiff to show cause why the case should not be dismissed for lack of subject matter jurisdiction. (Doc. 6 ("**Order to Show Cause**").) Judge Irick also directed Plaintiff to file a new IFP motion or pay the required filing fee. (*Id.*) Plaintiff did not respond to the Order to Show Cause, instead filing an amended complaint, without a filing fee or renewed IFP motion. (Doc. 7.) The amended complaint also fails to establish subject matter jurisdiction. (Docs. 7, 8.) So Judge Irick recommends dismissing this case for failure to comply with the Order to Show Cause and for lack of subject matter jurisdiction. (Doc. 8 ("**R&R**").)

No party objected to the R&R, and the time for doing so has now passed. Absent objection, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo*

*Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court adopts the R&R in its entirety.

It is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 8) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiff's Amended Complaint (Doc. 7) is **DISMISSED WITHOUT PREJUDICE.**

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on October 28, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record
*Pro Se* Party